

## Answer

United States District Court, N.D. Texas.

Dallas Division

JOE HAND PROMOTIONS, INC., as Broadcast Licensee of the April 19, 2008, UFC 83: Serra/St. Pierre II Event, Plaintiff,

v.

(1) MOCTEZUMA CLUB, INC., Individually and d/b/a AZTECA CLUB a/k/a AZTECA SPORTS BAR & GRILL; and (2) ARTURO NERI, JR., Individually and d/b/a AZTECA CLUB a/k/a AZTECA SPORTS BAR & GRILL, Defendant

Civil Action No. 3:11-cv-00809-L

June 16, 2011

### DEFENDANTS' ORIGINAL ANSWER

Peter F. Sheridan, State Bar No. 18238500, 207 Oak Street, Sweetwater, Texas 79556; Telephone: 325/236-6647; Facsimile: 325/235-9928; Email: pfsheridan@sbcglobal.net; Attorney for Defendants.

**TO THE HONORABLE JUDGE OF SAID COURT:**

COMES NOW, the Defendants, MOCTEZUMA CLUB, INC., Individually and d/b/a AZTECA CLUB a/k/a AZTECA SPORTS BAR & GRILL; and ARTURO NERI, JR., Individually and d/b/a AZTECA CLUB a/k/a AZTECA SPORTS BAR, Defendants, and file this, their Original Answer to Plaintiff, JOE HAND PROMOTIONS INC.'S Original Complaint (the "Complaint") and would respectfully show the Court as follows:

### I.

### ANSWER

Defendants respond to the paragraphs of JOE HAND PROMOTIONS, INC.'S Complaint as follows:

### PARTIES AND SERVICE

1.  The Defendants are unable to admit or deny the averments contained in Paragraph 1 of the Complaint.
2.  The Defendant, MOCTEZUMA CLUB, INC., admits the averments contained in Paragraph 2 of the Complaint.

3.     The Defendant, ARTURO NERI, JR., admits the allegations and averments contained in Paragraph 3 of the Complaint.

## JURISDICTION AND VENUE

4.     The Defendants are unable to admit or deny the averments contained in Paragraph 4 of the Complaint.

5.     The Defendants admit that venue is proper in this district because the Defendants reside in this district but are residents in the Abilene Division of this district where venue is proper.

## FACTS

6.     These Defendants lack sufficient information or knowledge to form a belief about the truth of the allegations contained Paragraph 6 of the Complaint.

7.     These Defendants lack sufficient information or knowledge to form a belief about the truth of the allegations contained Paragraph 7 of the Complaint.

8.      These Defendants lack sufficient information or knowledge to form a belief about the truth of the allegations contained Paragraph 8 of the Complaint.

9.     These Defendants lack sufficient information or knowledge to form a belief about the truth of the allegations contained Paragraph 9 of the Complaint.

10.    These Defendants lack sufficient information or knowledge to form a belief about the truth of the allegations contained Paragraph 10 of the Complaint.

11.    These Defendants lack sufficient information or knowledge to form a belief about the truth of the allegations contained Paragraph 11 of the Complaint.

12.    The Defendants deny the allegations contained within Paragraph 12 of the Complaint.

13.    The Defendants deny the allegations contained within Paragraph 13 of the Complaint.

14.    The Defendants deny the allegations contained within Paragraph 14 of the Complaint.

15.    The Defendants deny the allegations contained within Paragraph 15 of the Complaint.

16.    These Defendants lack sufficient information or knowledge to form a belief about the truth of the allegations contained Paragraph 16 of the Complaint.

17.    Paragraph 17 of the Complaint asserts a legal conclusion that does not have to be admitted or denied.

18.    Paragraph 18 of the Complaint asserts a legal conclusion that does not have to be admitted or denied.

## PRAYER

19.    The Defendants specifically deny each and every allegation, averment, and claim for entitlement to relief sought by the Plaintiff or demand for relief sought of the Complaint and the Defendants hereby request proof of each and every allegation not expressed or admitted herein.

## ATTORNEY'S FEES

**Defendants Original Answer**

20.     Because of the actions of Plaintiff by filing the Complaint by alleging the damages and losses contained within said Complaint, the Defendants have been forced to retain the undersigned counsel to perfect and secure their rights and are entitled to recover their reasonable and necessary attorney's fees and costs herein, for which the Defendants sue.

## PRAYER FOR RELIEF

WHEREFORE, PREMISES CONSIDERED, these Defendants pray that the relief sought by Plaintiff in the Complaint be, in all things denied, that the Plaintiff take nothing from Defendants on any claim asserted against them, and that Defendants be awarded their attorney's fees and costs incurred in defending against Plaintiff's claims and for such other and further relief to which Defendants may be justly entitled.

Respectfully submitted,

LAW OFFICE OF PETER F. SHERIDAN
101 THIRD STREET
P.O. BOX 488
SWEETWATER, TEXAS 79556
TELEPHONE: 325/236-6647
FACSIMILE: 325/235-9928

**PETER F. SHERIDAN**
State Bar No. 18238500

**Defendants Original Answer**

3

## CERTIFICATE OF SERVICE

I certify that a true copy of the above was served in accordance with the Texas Rules of Civil Procedure on this _____ day of **June, 2011**, via certified mail, return receipt requested, on David M. Diaz, Korn, Bowdich & Diaz, LLP, 4221 Avondale Avenue, Dallas, Texas 75219, attorney of record for Plaintiff.

**PETER F. SHERIDAN**